GILBERT O. SMITH, Appellant, *v.* ELIJAH OSTERHOUT, Respondent.

*Smith* v. *Osterhout*, 173 App. Div. 912, affirmed.

. (Argued November 26, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 6, 1916, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action to compel specific performance of a contract to purchase real property. The answer set up as a separate defense that the execution of the contract was induced by certain false and fraudulent representations, and a counterclaim for the return of a sum paid by defendant on the signing of the contract, on the ground that it was obtained from the defendant by means of false and fraudulent representations.

*Harry N. Selvage* for appellant.

*Caleb H. Baumes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.